

Date: 12-19-16

# Formal Request For Time Extentsion

To: Sixth Court of Appeals of Texas

At 100 N. State Line Ave, Ste 20 Texarkana

Texas 75501.

RECEIVED IN
The Court of Appeals
Sixth District
DEC 2 2 2016
Texarkana, Texas
Debra Autrey, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS
DEC 28 2016
Abel Acosta, Clerk

I Michael Ward 2054020. Is asking

for a Time Extentsion. On filing my Petition

for Discretionary Review.

1) Reason: I do not know how to file a P.D.R.

So I have to do all in my Power to get to the

law library. And get the inmate legal hand books.

2) I am medium Custody and it's very hard
nearly impossible to get to the law library.

But I swear under oath I am doing all in my

power. To present the Courts correctly done

PDR requests For cases Numbers, 06-16-00060

and 06-16-00059.

FILED IN
COURT OF CRIMINAL APPEALS
DEC 30 2016
Abel Acosta, Clerk

-1-

PRAYER; THAT this Court in all fairness GRANT me an extentsion to prepare these PDR$^s$ for both of these cases.

Special note: Any consideration of the fact. That I know not one thing about how to file an P.O.R. For I am illiterite on law But can not afford to hire an Attorney.

So I have to learn, and do my very best to represent myself.

Any all Leniency is appreciated to the utmost...

Michael Ward 2054020

Michael Ward 2054020

continued from page 1

-2-

Michael Ward 2054020
899 FM 632
Connally Unit
Kennedy, Texas 78119

The Sixth Court of Appeals
100 North State Line Ave., Ste. 20
Texarkana, Texas 75501

75501-567499